UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESDRIVERS, HELPERS AND DAIRY EMPLOYEES, LOCAL UNION NO. 683, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>v.<br><br>PASHA AUTOMOTIVE SERVICES,<br><br>Defendant. | Case No.: 21-CV-1888 JLS (DEB)<br><br>**ORDER SETTING VIDEO HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND DEFENDANT'S MOTION TO DISMISS**<br><br>(ECF Nos. 6, 9) |

Presently before the Court is Plaintiff Salesdrivers, Helpers and Dairy Employees, Local Union No. 683, International Brotherhood of Teamsters' Motion for Temporary Restraining Order (ECF No. 6) and Defendant Pasha Automotive Services' Motion to Dismiss (ECF No. 9). The Court will hold a hearing on these Motions on January 20, 2022 at 1:30 p.m. by video. The Parties must contact the Courtroom Deputy by email at alex_ramos@casd.uscourts.gov for access information. If visual aids will be used during

///

///

///

the hearing, the Court requests that the Parties provide hard copies or lodge electronic copies with the Court at least two hours before the hearing.

**IT IS SO ORDERED.**

Dated: January 11, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge