UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESDRIVERS, HELPERS AND DAIRY EMPLOYEES, LOCAL UNION NO. 683, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>   Plaintiff,<br><br>v.<br><br>PASHA AUTOMOTIVE SERVICES,<br><br>   Defendant. | Case No.:  21-CV-1888 JLS (DEB)<br><br>**ORDER REQUIRING PARTIES TO FILE A JOINT STATUS REPORT** |

On January 20, 2022, the Court held a hearing on Plaintiff Salesdrivers, Helpers and Dairy Employees, Local Union No. 683, International Brotherhood of Teamsters' Motion for Temporary Restraining Order (ECF No. 6) and Defendant Pasha Automotive Services' Motion to Dismiss (ECF No. 9).  At the hearing, the Parties informed the Court that they have scheduled a nonbinding mediation regarding this dispute on January 27, 2022, with Jimmy Valentine from the Federal Mediation and Conciliation Service.  The Parties **SHALL FILE** a joint status report, not to exceed five pages, on or before February 4, 2022.

///

///

The status report shall update the Court on the outcome of mediation and the status of any other grievance and arbitration proceedings related to this matter.

**IT IS SO ORDERED.**

Dated: January 21, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge