UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALESDRIVERS, HELPERS AND DAIRY EMPLOYEES, LOCAL UNION NO. 683, INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Plaintiff,<br><br>v.<br><br>PASHA AUTOMOTIVE SERVICES,<br><br>Defendant. | Case No.: 21-CV-1888 JLS (DEB)<br><br>**ORDER DISMISSING CASE** |

On February 16, 2022, the Court dismissed Plaintiff Salesdrivers, Helpers and Dairy Employees, Local Union No. 683, International Brotherhood of Teamsters' Complaint without prejudice. ECF No. 31. In that Order, the Court granted Plaintiff thirty days to file an amended complaint and warned that "[s]hould Plaintiff fail to do so, the Court will enter a final order dismissing and closing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment." ECF No. 31 at 11. Plaintiff has failed to file an amended complaint by the March 18, 2022 deadline or otherwise appear in this matter. Accordingly, the Court dismisses Plaintiff's suit **WITH**

///

**PREJUDICE**.  This Order concludes the litigation in this matter.  The Clerk of the Court will close the file.

     **IT IS SO ORDERED.**

Dated:  March 22, 2022

                                                *[signature]*
Hon. Janis L. Sammartino
United States District Judge